# UNITED STATES DISTRICT COURT
## for the
_____ District of _____

_____ Division

Deborah Mooney

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

General Hospital

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Case 3:24-cv-01149    Document 1    Filed 09/24/24    Page 1 of 6 PageID #: 1

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    Deborah Mowey

Address                 Homeless

Nashville            TN            37218?
        *City*        *State*       *Zip Code*

County                  Davidson

Telephone Number

E-Mail Address

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                            General Hospital

Job or Title *(if known)*       Medical Services (Health) anyone

Address                         1818 Albion St

Nashville            TN            37218?
        *City*        *State*       *Zip Code*

County                          Davidson

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity     ☑ Official capacity

Defendant No. 2

Name                            Guard World Security

Job or Title *(if known)*       Captain of the Guard

Address                         1818 Albion St

Nashville            TN            37218?
        *City*        *State*       *Zip Code*

County                          Davidson

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity     ☑ Official capacity

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

| City | State | Zip Code |
|------|-------|----------|
| | | |

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

| City | State | Zip Code |
|------|-------|----------|
| | | |

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*[handwritten] Privacy of Dr. visits    Right to califorl*
*right to walk freely in hospital    Right to sc to nurse*
*right to see Administration, Email dept    Education Board of Com members*
*right to sue hospital always*
*right to come and go as a patient) see Dr.*
*Discrimination    UDIZD a punt    to & trespass if I didn't have a legal*
*is there acrid of pokens    weapon... distance of contraband weapon*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*They were wrong in their attitude*
*to stipulation*
*I never had any 'O' misconduct*
*I have legit cause to Be at Hospital*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Block hospital*
*I'm not part of small group*
*Refusing my Patient rights to sue find can't stand wrong*
*soon as things token — several reasons*

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
*The whole time I've been going to General Hospital*
*Denied Proper care.   Proper*
*or to serious injuries denied medical care.*
*or someone not letting with me or they can't find nothing*
*several reasons*

B. What date and approximate time did the events giving rise to your claim(s) occur?
*Will Bring to Court*
*Times Post_*

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
*Hospital Employees*
*Guard world security for hospital*
*nurses*
*Doctors*
*Outside other Patients*
*other By at hospital for no apparent reason*
*Some ones story Bothering me, civil wants subpoenaed*
*outstanding against them*

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

① Discrimatan (Police Report)
Note
Stipulation put on me
told I'D Be Escorted to Dr office Back out the door
I could go no where else in the hospital.
I couldn't go to cafeteria - Everyone Any one allowed
to get something to eat, get coffee or more
Dr. hospital

Property was told
told my Property would have to be searched
Before I could go to Drs. appointment

Humiliation
Hardship
Embarrassed

SEVERAL REASONS
Civil Rights Violated
Human Rights Violated

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Punative ,
Emotional
Intellectial
Embarrased

Injuries from employees
couldn't get medical help -
Loss Drs. appointment

Property Stold
Insult to injury

worse medical condition because
from not Being able to see Dr. my ache

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

Telephone Number

E-mail Address